**CRIS C. VAUGHAN** (SBN 99568)
VAUGHAN & ASSOCIATES LAW OFFICE, APC
371 Nevada Street, #5338
Auburn, CA 95603
**Mailing Address:**
P.O. Box 5338
Auburn, CA 95604
Telephone: (833) 481-1245
cvaughan@adasolutionsgroup.com

Attorney for Plaintiff Richard Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD JOHNSON**, <br><br> Plaintiff, <br><br> v. <br><br> **Constance H. Hutchinson, individually and dba Jack's Hamburgers**, and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO.: 5:24-cv-04341-EKL <br><br> **ORDER DISMISSING CASE** <br> [Proposed] |

The Court hereby dismisses this matter with prejudice as to all defendants, with each party to bear his/its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:   May 14, 2025

_____
Eumi K Lee
United States District Judge